tiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 87–767. SOLIMAN v. EBASCO SERVICES, INC. C. A. 2d Cir. Motion of respondent for damages denied. Certiorari denied.

No. 87–787. UNIVERSITY OF PITTSBURGH v. JACKSON. C. A. 3d Cir. Motion of respondent for costs and damages denied. Certiorari denied.

No. 87–5748. STEFFENS ET UX. v. WAGON WHEEL ASSOCIATES, INC., ET AL. Ct. App. Colo. Certiorari denied. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 87–5762. CRAIG v. FLORIDA. Sup. Ct. Fla.;

No. 87–5768. PRESTON v. MISSOURI. Ct. App. Mo., Eastern Dist.;

No. 87–5790. WILLIAMS v. VIRGINIA. Sup. Ct. Va.;

No. 87–5792. ROGERS v. FLORIDA. Sup. Ct. Fla.;

No. 87–5818. POLLARD v. MISSOURI. Sup. Ct. Mo.; and

No. 87–5846. BELL v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, Gregg v. Georgia, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 86–1791. WARD v. SENTRY TITLE CO., INC., ante, p. 818;

No. 86–6950. MMOE v. CROTHERS ET AL., ante, p. 836;

No. 86–7077. DAINWOOD v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ante, p. 953;

No. 87–262. STANTON v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, ante, p. 925;

No. 87–281. GOLDSTEIN v. CRAWFORD ET AL., ante, p. 943;

No. 87–286.   U. S. TELECOM, INC., FKA U. S. TELEPHONE, INC., ET AL. *v.* SPEAKERS OF SPORT, INC., *ante,* p. 925;

No. 87–345.   IN RE ASAM, *ante,* p. 909;

No. 87–390.   IN RE ASAM, *ante,* p. 909;

No. 87–414.   POLYAK *v.* BOSTON ET AL., *ante,* p. 919;

No. 87–433.   VENCE ET AL. *v.* BOLIVAR COUNTY COMMUNITY ACTION PROGRAM, INC., ET AL., *ante,* p. 927;

No. 87–504.   RICHENDOLLAR *v.* DIAMOND M DRILLING CO., INC., *ante,* p. 944;

No. 87–580.   IN RE POLYAK, *ante,* p. 952;

No. 87–5072.   D'AMARIO *v.* PROVIDENCE CIVIC CENTER AUTHORITY ET AL., *ante,* p. 859;

No. 87–5077.   BROOKS *v.* LOUISIANA, *ante,* p. 947;

No. 87–5194.   CULLY *v.* CUTLIP ET AL., *ante,* p. 899;

No. 87–5195.   CULLY *v.* LUTHERAN MEDICAL CENTER, *ante,* p. 899;

No. 87–5257.   WHITEHEAD *v.* ILLINOIS, *ante,* p. 933;

No. 87–5383.   KURTZ *v.* KURTZ, *ante,* p. 916;

No. 87–5427.   LILES *v.* OKLAHOMA, *ante,* p. 933;

No. 87–5445.   PAYNE *v.* VIRGINIA, *ante,* p. 933;

No. 87–5456.   PEDRAZA *v.* HEARD ET AL., *ante,* p. 930;

No. 87–5539.   ADAMS *v.* FLORIDA, *ante,* p. 951; and

No. 87–5579.   WILLIAMS *v.* CADILLAC INSURANCE CO. ET AL., *ante,* p. 957.   Petitions for rehearing denied.

No. 87–5660.   CORDEIRO *v.* CONNER ET AL., *ante,* p. 970. Petition for rehearing denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

JANUARY 14, 1988

No. 86–1621.   AMERICAN STANDARD INC. ET AL. *v.* STEEL VALLEY AUTHORITY.   C. A. 3d Cir.   Certiorari dismissed under this Court's Rule 53.

JANUARY 15, 1988

No. A–532.   TERRENCE K. *v.* UNITED STATES DEPARTMENT OF STATE.   D. C. E. D. N. Y.   Application for stay, presented